No. 505. COMMITTEE APPOINTED BY THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO, *v.* BATTELLE MEMORIAL INSTITUTE. Supreme Court of Ohio. Certiorari denied. *Albert R. Teare* for petitioner. *Francis J. Wright* and *Harry Wright III* for respondent.

No. 522. FEDERATION CREDIT UNION, LOCAL No. 89, N. F. P. O. C., ET AL. *v.* RENDER ET AL. Supreme Court of Pennsylvania. Certiorari denied. *Henry I. Jacobson* for petitioners. *Edward Davis* for respondents.

No. 526. HOLLAND-AMERICA LINE *v.* TEXPORTS STEVEDORING CO., INC. Court of Civil Appeals of Texas, First Supreme Judicial District. Certiorari denied. *Carl G. Stearns* for petitioner. *E. D. Vickery* for respondent.

No. 528. NORFOLK DREDGING CO. *v.* LAWRENCE. C. A. 4th Cir. Certiorari denied. *Francis N. Crenshaw* and *Guilford D. Ware* for petitioner. *Abraham E. Freedman, Wilfred R. Lorry* and *Sidney H. Kelsey* for respondent.

No. 529. STARR *v.* UNITED STATES. Court of Claims. Certiorari denied. *Fred W. Shields* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States. Reported below: —— Ct. Cl. ——, —— F. 2d ——.

No. 532. O'NEAL ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Robert L. Kilgo* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.